# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeff Chandler,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Pro-Tech Transmissions, LLC, an Arizona limited liability corporation; Ray Razack and BiBi Razack, husband and wife,<br><br>　　　　　　Defendants. | No. CV16-0299-PHX DGC<br><br>**ORDER** |

The Court has received the parties' joint motion for approval. Doc. 18.

**IT IS ORDERED** that the parties' joint motion for approval (Doc. 18) is **granted**.

Dated this 14th day of June, 2016.

_____
David G. Campbell
United States District Judge